FILED IN DISTRICT COURT
OKLAHOMA COUNTY
FEB 1 2 2020
RICK WARREN
COURT CLERK
34_____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

YOLANDA STAMPS, )
　)
　Plaintiff, )
　)
v. ) Case No.
　)
WAL-MART STORES EAST L.P., )
　) CJ-2020-833
　Defendant. )

## PETITION

COMES NOW Plaintiff, Yolanda Stamps, and for her cause of action states as follows:

1. On August 19, 2018, Plaintiff was on the premises of Wal-Mart at SE 15th and Sooner, Oklahoma City, Oklahoma County, Oklahoma, when she slipped and fell in the store.

2. The Defendant is a Corporation doing business in Oklahoma County and this Court has jurisdiction over the parties and subject matter.

3. Plaintiff was injured when she fell, as a direct result of the Defendant's negligence in creating a hidden trap, snare, or pitfall, and/or the Defendant was negligent in maintaining its premises for which the Defendant is liable to the Plaintiff for her injuries.

4. At all relevant times, Defendant's employees, agents, and/or servants were acting within the scope or course of their employment for the Defendant and the Defendant is responsible for the negligent acts and/or omissions of its employees, agents, and/or servants.



EXHIBIT 3

5. As a direct result of said negligence, Plaintiff sustained personal injuries, both past and future pain and suffering, medical expenses, loss of quality of enjoyment of life and emotional distress in excess of $75,000.00.

WHEREFORE, the Plaintiff prays this Court enter judgment against the Defendant in an amount in excess of $75,000.00, together with costs, interest, attorney fees, and any such relief this Court deems just and reasonable.

Respectfully submitted,

GRIFFIN, REYNOLDS & ASSOCIATES

Billy D. Griffin, OBA No. 17945
Jason B. Reynolds, OBA No. 18132
210 SE 89th Street
Oklahoma City, OK 73149
(405) 721-9500 Telephone
(405) 721-9503 Facsimile
ATTORNEYS FOR PLAINTIFF

ATTORNEYS' LIEN CLAIMED